ORDERED.

Dated: December 09, 2019

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:19-bk-04691-CPM |
| | Chapter 13 |
| James Kevin Philbrick | |
|     Debtor. | |
| _____/ | |

**ORDER DENYING DEBTOR'S MOTION FOR**
**RECONSIDERATION OF ORDER DISMISSING CHAPTER 13 CASE**

THIS CASE came on for a hearing on December 4, 2019 upon the Debtor's Motion for Reconsideration of Order Dismissing Chapter 13 Case (Doc. No. 29). Accordingly, it is

**ORDERED:**

1. The Debtor's Motion for Reconsideration of Order Dismissing Chapter 13 Case (Doc. No. 29) is hereby DENIED.

2. The Order Dismissing Chapter 13 Case (Doc. No. 27) entered on September 27, 2019 shall in all respects remain in full force and effect.

Attorney, David Thorpe, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

JMW/KRM/br                                                                                        C13T 12/04/19